FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY DB DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Andres Ruiz Defendant. | Case No.: ED13-486M ORDER OF DETENTION (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

1

1 and/or

2 B.  (✓)   The defendant has not met his/~~her~~ burden of establishing by clear and
3          convincing evidence that he/~~she~~ is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c).  This finding is based on the following:

- NATURE OF UNDERLYING OFFENCE (D.U.I.)
- HISTORY OF D.U.I. PROBATION VIOLATION
- INSUFFICIENT BAIL RESOURCES
- FAILURE TO INITIATE ALCOHOL TREATMENT

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 9/24/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2